**No. 10-845. Arnaldo Cabrera, Petitioner v. United States.**

562 U.S. 1221, 131 S. Ct. 1511, 179 L. Ed. 2d 307, 2011 U.S. LEXIS 1364.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 379 Fed. Appx. 24.